James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 M Street, Room 309
Merced, CA 95340
Tel:   (209) 385-7564
Fax:   (209) 726-1337

Attorney for County of Merced
and Sheriff Mark N. Pazin

United States District Court

Eastern District of California, Fresno Division

| | |
|---|---|
| Ashlee Brum; Jamie Henderson; Kimberly Jennings; Regina Lingenfelter; Stephanie O'Brien; Marylynn Perez; Nanica Richard; Ericka Rios; Gina Saldana; Stephanie Sarginson; Tonja Searles; Ruby Vergara; Imelda Vivero; Nicole Wagner,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Merced, Merced County Sheriff's Department and Mark Pazin, Merced County Sheriff; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:12-cv-01636-AWI-SKO<br><br>Stipulation and Order Extending Time to File Answer to Complaint and to Dismiss Merced County Sheriff's Department |

  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time to answer the complaint is extended fourteen (14) days to and including November 16, 2012.

  IT IS FURTHER STIPULATED BY AND BETWEEN THE PARTIES THAT County of Merced is the employer of plaintiffs; that the Merced County

Sheriff's Department is not an independent public entity but rather a subsidiary of the County of Merced; and, that the County of Merced is responsible for the acts, omissions and policies of the Merced County Sheriff's Department.

As the parties agree the County of Merced is an employer of Plaintiffs, IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that Defendant Merced County Sheriff's Department is dismissed.

Dated:                                        Abbey, Weitzenberg, Warrant & Emery, P.C.

By:   /s/ Michael D. Greene (as authorized 11/1/12)
         Michael D. Green
         Attorney for Plaintiffs Brum, et al.

Dated:  October 30, 2012               James N. Fincher
                                        Merced County Counsel


By:   /s/ Roger S. Matzkind
         Roger S. Matzkind
         Chief Civil Litigator
         Attorneys for Defendants County of
         Merced and Sheriff Mark N. Pazin

### ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that:

1. The time to answer the complaint is extended fourteen (14) days to and including November 16, 2012.
2. Defendant Merced County Sheriff's Department is dismissed.

IT IS SO ORDERED.

Dated:   November 2, 2012                            _____
                                              UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28