James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 M Street, Room 309
Merced, CA 95340
Tel: (209) 385-7564
Fax: (209) 726-1337

Attorney for County of Merced
and Sheriff Mark N. Pazin

United States District Court

Eastern District of California, Fresno Division

Ashlee Brum; Jamie Henderson; Kimberly Jennings; Regina Lingenfelter; Stephanie O'Brien; Marylynn Perez; Nanica Richard; Ericka Rios; Gina Saldana; Stephanie Sarginson; Tonja Searles; Ruby Vergara; Imelda Vivero; Nicole Wagner,

Plaintiffs,

vs.

County of Merced, Merced County Sheriff's Department and Mark Pazin, Merced County Sheriff; and Does 1 through 25, inclusive,

Defendants.

Case No. 1:12-cv-01636-AWI-SKO

Stipulation and Order Extending Time to File Answer to Complaint and to Dismiss Merced County Sheriff's Department

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time to answer the complaint is extended fourteen (14) days to and including November 16, 2012.

IT IS FURTHER STIPULATED BY AND BETWEEN THE PARTIES THAT County of Merced is the employer of plaintiffs; that the Merced County

Sheriff's Department is not an independent public entity but rather a subsidiary of the County of Merced; and, that the County of Merced is responsible for the acts, omissions and policies of the Merced County Sheriff's Department.

As the parties agree the County of Merced is an employer of Plaintiffs, IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that Defendant Merced County Sheriff's Department is dismissed.

Dated:

Abbey, Weitzenberg, Warrant & Emery, P.C.

By: /s/ Michael D. Greene (as authorized 11/1/12)
Michael D. Green
Attorney for Plaintiffs Brum, et al.

Dated: October 30, 2012

James N. Fincher
Merced County Counsel

By: /s/ Roger S. Matzkind
Roger S. Matzkind
Chief Civil Litigator
Attorneys for Defendants County of Merced and Sheriff Mark N. Pazin

**ORDER**

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that:

1. The time to answer the complaint is extended fourteen (14) days to and including November 16, 2012.
2. Defendant Merced County Sheriff's Department is dismissed.

IT IS SO ORDERED.

Dated: November 2, 2012

UNITED STATES DISTRICT JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

Stipulation and Order Extending Time to File Response to Complaint and to Dismiss Merced County Sheriff's Department