# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE BRUM, et al., | CASE NO. 1:12-cv-01636-AWI-KSO |
| Plaintiffs, | **ORDER GRANTING PARTIES' STIPULATED REQUEST THAT PLAINTIFF BE PERMITTED LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | (Docket No. 20) |

On February 4, 2013, the parties filed a stipulation that Plaintiff be permitted to file a First Amended Complaint adding Pauline Campbell as a Plaintiff and deleting the Merced County Sheriff's Department as a named defendant pursuant to the parties' prior stipulation on November 2, 2012. (Doc. 20.) The parties agreed that Defendants have acknowledged service of a copy of the First Amended Complaint, have waived notice and service of it, and are not required to file an Answer. The parties also stipulated that Defendants' denials, responses, and affirmative defenses contained in the original answer filed by Defendants shall be considered responsive to the First Amended Complaint.

According to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file a First Amended Complaint that conforms to the

proposed amended complaint attached as an exhibit to the parties' stipulation at Docket No. 20;

2. **Within two (2) days from the date of this order, Plaintiff shall file the First Amended Complaint so that it appears as its own docket entry on the Court's docket**; and

3. Defendant's November 15, 2012, Answer to the original complaint (Doc. 13) shall be DEEMED responsive to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

**Dated:   February 6, 2013**                          /s/ Sheila K. Oberto
                                                                          UNITED STATES MAGISTRATE JUDGE