# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE BRUM, et al.<br><br>              Plaintiffs,<br><br>     v.<br><br>COUNTY OF MERCED, et al.,<br><br>              Defendants. | Case No.  1:12-cv-01636-AWI-SKO<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL**<br><br>(Docket No. 34) |

      On May 13, 2013, Defendants County of Merced and Mark Pazin (collectively "Defendants") filed a Motion to Compel and Order to Show Cause Re: Contempt, requesting an order compelling compliance from nonparties Reno Trujillo ("Trujillo") and Dr. M. Daisy Hano ("Hano") with a subpoena seeking medical records pertaining to Plaintiff Ruby Vergara, and for the imposition of contempt sanctions.  (Docs. 34, 35.)  Defendants contend that Trujillo has wrongfully refused to comply with the subpoena and that Hano is liable for the wrongful conduct in her office.  (Doc. 35.)  Defendants request that Trujillo and Hano be compelled to comply with the subpoena and that they be held in contempt and ordered to pay attorney's fees in the amount of $1,250.00.  (Doc. 35, 9:1-7.)

      Defendants, however, failed to file a Proof of Service establishing that this motion was served on nonparties Trujillo and Hano.  (See Docs. 34, 35.)  *See* Rule 135(c) of the Local Rules

1

of the United States District Court, Eastern District of California (requiring Proof of Service for "any pleading, notice, motion, or other document required to be served").

Accordingly, Defendants' Motion to Compel is DENIED without prejudice to renewing the motion.

IT IS SO ORDERED.

Dated:   **June 4, 2013**                              **/s/ Sheila K. Oberto**
                                                                              UNITED STATES MAGISTRATE JUDGE