# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE BRUM, et al. | Case No. 1:12-cv-01636-AWI-SKO |
| Plaintiffs, | **ORDER GRANTING THE PARTIES' REQUEST TO MODIFY THE SCHEDULE** |
| v. | (Docket Nos. 39, 41) |
| COUNTY OF MERCED, et al., | |
| Defendants. | |
| _____/ | |

On July 24 2013, the parties filed a joint statement detailing the parties' meet and confer efforts to resolve the discovery dispute regarding the responses of Plaintiff Ashlee Brum, et al. ("Plaintiffs") to Defendants County of Merced and Mark Pazin's ("Defendants") special interrogatories and requests for production of documents. (Doc. 39.) The parties indicate that they have engaged in meet and confer efforts in an attempt to narrow the discovery responses in dispute, and have agreed that a number of the disputes can be narrowed or eliminated if Plaintiffs were willing to narrow the general scope of the discrimination claims, particularly the forced overtime claim. (Doc. 39, p. 2.)

Plaintiffs' counsel have met with their clients, and indicate that they are in a position to further meet and confer with Defendants and to provide supplemental interrogatory responses. (Doc. 39, p. 2.) The parties estimate that Plaintiffs will require approximately one and half months to provide responses. (Doc. 39, p. 2.)

Accordingly, the parties request that the schedule be modified to allow for additional time to conduct further meet and confer efforts and to complete discovery, and filed a proposed schedule on August 5, 2013. (Doc. 39, p. 2; Doc. 41.)

The Court GRANTS the parties' request, and the schedule is modified as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Non-expert discovery | November 1, 2013 | March 3, 2014 |
| Expert disclosure | December 20, 2013 | April 20, 2014 |
| Rebuttal expert disclosure | January 17, 2014 | May 20, 2014 |
| Expert discovery deadline | February 21, 2014 | June 20, 2014 |
| Non-dispositive motion filing deadline | March 5, 2014 | June 25, 2014 |
| Non-dispositive motion hearing deadline | April 2, 2014 | July 23, 2014 |
| Dispositive motion filing deadline | April 7, 2014 | July 28, 2014 |
| Dispositive motion hearing deadline | May 19, 2014 | September 8, 2014 |
| Pre-trial conference | July 11, 2014 | November 5, 2014 |
| Trial | September 9, 2014 | January 6, 2015[1] |

The settlement conference, currently set for May 15, 2014, remains set on that date.

IT IS SO ORDERED.

   Dated:   **August 6, 2013**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] To accommodate the parties' requested trial date, the proposed expert discovery date, non-dispositive motion filing and hearing dates, dispositive motion filing date, and the pretrial conference date have been set for dates slightly earlier than requested. (*See* Doc. 41.)