BRENDAN M. KUNKLE, Esq., State Bar No. 173292
bkunkle@abbeylaw.com
MICHAEL D. GREEN, Esq., State Bar No. 214142
mgreen@abbeylaw.com
MATTHEW R. LILLIGREN, Esq. State Bar No. 246991
mlilligren@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
Tel:  (707) 542-5050
Fax: (707) 542-2589

Attorneys for Plaintiffs


James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
James E. Stone, SBN 197803
Deputy County Counsel
2222 M Street, Room 309
Merced, CA  95340
Tel:     (209) 385-7564
Fax:    (209) 726-1337
Email: RMatzkind@co.merced.ca.us

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ASHLEE BRUM; PAULINE CAMPBELL; JAMIE HENDERSON; KIMBERLY JENNINGS; REGINA LINGENFELTER; STEPHANIE O'BRIEN; MARYLYNN PEREZ; NANICA RICHARD; ERICKA RIOS; GINA SALDANA; STEPHANIE SARGINSON; TONJA SEARLES; RUBY VERGARA;  IMELDA VIVERO; NICOLE WAGNER; et al.<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MERCED; MARK PAZIN, Merced County Sheriff; et al.<br><br>          Defendants. | Case No.:  1:12-CV-01636-AWI-SKO<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

-1-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above-referenced action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1)(A).

IT IS FURTHER STIPULATED AND AGREED by and between the parties through their respective counsel of record that each party shall bear its own costs and attorneys' fees incurred in connection with this action.

Dated: October __, 2013      ABBEY, WEITZENBERG, WARREN & EMERY

By: _____
   Brendan M. Kunkle
   Michael D. Green
   Matthew R. Lilligren
   Attorneys for Plaintiffs

Dated: October __, 2013      JAMES N. FINCHER, MERCED COUNTY COUNSEL

By: _____
   Roger S. Matzkind
   Chief Civil Litigator
   Attorneys for Defendants

## **ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: October 31, 2013      _____
                             SENIOR DISTRICT JUDGE

-2-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON**

1:12-CV-01636-AWI-SKO